FILED

04/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0085

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0085

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

SHELLY LYNN PARSONS,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 25, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 25 2022